IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Anthony Todora,                          :
                    Appellant           :
                                         :
          v.                             :
                                         :
Todd Buskirk, Connie Sutton-Falk,        :
John Stoffa, and The County of           :
Northampton                              :          No. 1905 C.D. 2013

**O R D E R**

NOW, August 28, 2014, having considered appellant's application for reargument, the application is denied.

_____
DAN PELLEGRINI,
President Judge